IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:10CR117-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| KIKI LEWIS SHERALD. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BRANCH BANKING and TRUST:

A judgment was entered on June 16, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Kiki Lewis Sherald, whose last known address is XXXXXXXXXXXX, Charlotte, NC 28202, in the sum of $89,344.67. The balance on the account as of February 27, 2012, is $89,319.67.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Branch Banking and Trust (BB&T) is commanded to **turn over property** in which the defendant, Kiki Lewis Sherald, has a substantial nonexempt interest, the said property being funds located in BB&T accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Kiki Lewis Sherald, at the following address: BB&T, 200 S College St, Charlotte, NC 28202.

Signed: February 28, 2012

_____
David C. Keesler
United States Magistrate Judge